UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN KARL BOHMAN, | ) | Case No. CV 10-3352 DDP (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| FRANCISCO J. QUINTANA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: _May 29, 2012__        _____
                                             HON. DEAN D. PREGERSON
                                             UNITED STATES DISTRICT JUDGE